AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2013 ★
LONG ISLAND OFFICE

CV 13 4264

SPATT, J.
WALL, M.J.

| | |
|---|---|
| MARK SCORDO | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| COOL FISH, COUNTRY PLAZA ASSOCIATES, INC., TOM SCHAUDEL & COOL FISH CO., INC. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COOL FISH, COUNTRY PLAZA ASSOCIATES, INC., TOM SCHAUDEL AND COOL FISH CO., INC.
6800 JERICHO TURNPIKE
SYOSSET, NEW YORK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JASON L. ABELOVE, ESQ.
666 OLD COUNTRY ROAD, SUITE 301
GADEN CITY, NEW YORK 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 07/23/2013

*Signature of Clerk or Deputy Clerk*