UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARK SCORDO,

                                 Plaintiffs,

            -against-

COOL FISH, COUNTRY PLAZA
ASSOCIATES INC., TOM SCHAUDEL,
and COOL FISH CO., INC.,

                                Defendants.

Civil Action No.: CV 13-4264

Spatt, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 16 2013 ★

LONG ISLAND OFFICE

------------------------------------------------------------X

### STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED AND AGREED, by and between Plaintiff Mark Scordo ("Plaintiff") and Defendants sued herein as Cool Fish, Country Plaza Associates, Inc. and Tom Schaudel ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that any obligation on the part of all Defendants to answer, move, or otherwise respond to the Complaint in this matter shall be extended until and including September 13, 2013;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that no previous requests for extension of the current putative deadline of August 20, 2013 have been made;

| | |
|---|---|
| LAW OFFICES OF JASON L. ABELOVE<br>*ATTORNEYS FOR PLAINTIFF*<br>666 Old Country Road, Suite 301<br>Garden City, New York 11530<br>(516) 222-7000 | JACKSON LEWIS LLP<br>*ATTORNEYS FOR DEFENDANTS COOL FISH, COUNTRY PLAZA ASSOCIATES INC. and TOM SCHAUDEL*<br>58 South Service Rd., Ste. 410<br>Melville, NY 11747<br>(631) 247-0404 |
| By: _____<br>Jason L. Abelove, Esq.<br>Dated: 8/15/13 | By: _____<br>Jeffrey W. Brecher, Esq.<br>Noel P. Tripp, Esq.<br>Dated: 8/15/13 |

REMAINDER INTENTIONALLY LEFT BLANK

SO ORDERED on this 16ᵃ day of August, 2013

/s/ Arthur D. Spatt

United States District Judge

*Arthur D. Spatt*

4835-3708-0597, v. 1