| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE: STEVEN I. LOCKE                                             DATE: 9/11/2014
              U.S. MAGISTRATE JUDGE                           TIME:  10:00 am

CASE:  **CV 13-4264(ADS) (SIL) Scordo v. Cool Fish et al**

TYPE OF CONFERENCE: PRETRIAL                              FTR:

APPEARANCES:
       For Plaintiff:   <u>No Appearance</u>

       For Defendant:  <u>No Appearance</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒       Other:   Plaintiff's counsel reported to Chambers staff that the matter has settled.  A review of the docket, however, shows that there are two remaining, non-answering defendants in the case and thus the case has not been closed.  Plaintiff shall **by October 3, 2014** electronically file the necessary papers to either voluntarily discontinue the action against the remaining defendants or seek a default judgment, if appropriate.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

       _____: Status conference

       _____: Pretrial conference.  A joint proposed pretrial order
                                                         must be electronically filed 3 days prior to this
                                                         conference.

                                                         SO ORDERED

                                                          /s/Steven I. Locke
                                                         STEVEN I. LOCKE
                                                         United States Magistrate Judge