| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>----------------------------------------------------------X<br>MARK SCORDO,<br><br>          Plaintiff,<br><br>   -against-<br><br>COOL FISH and COOL FISH CO., INC.<br><br>          Defendants.<br>----------------------------------------------------------X | For Online Publication Only<br><br>**ORDER ADOPTING REPORT**<br>**AND RECOMMENDATION**<br>13–CV–4264 (JMA) (SIL) |

**AZRACK, United States District Judge:**

The Court has received the Report and Recommendation dated May 12, 2015, (ECF No. 23), from the Honorable Steven I. Locke, United States Magistrate Judge. No party has objected to the Report and Recommendation, and the time for doing so has passed.

When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of a report and recommendation to which no party has timely objected, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks omitted).

The Court has reviewed the record and, finding no clear error, hereby adopts Magistrate Judge Locke's Report and Recommendation as the opinion of the Court. The Clerk of Court is directed to enter judgment and close the case.

**SO ORDERED.**

Date: June 18, 2015                       _____/s/(JMA)_____
    Central Islip, New York                   Joan M. Azrack
                                     United States District Judge